IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                        ORDER

                    Plaintiff,

                                                                  09-cr-18-bbc

    v.

VINCENT LOWE,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Vincent Lowe has filed a motion for clarification of the order filed on October 6, 2009, granting him an additional month to investigate a possible claim of misconduct by a Madison police officer and setting a new hearing on November 3, 2009. I added that if defendant did not have evidence by that time, the case would proceed to a prompt sentencing. Defendant objects to the order, arguing that his understanding was that at the November 3 hearing, he would have an opportunity to comment on the police investigation and I could consider whether it would be necessary to undertake an in camera review of the evidence.

      Defendant is correct. I should have noted that at the November 3 hearing, I would hear from defendant's counsel about what he has learned from the investigation and whether

he has any grounds for looking into the matter further before I proceed to sentencing. To that extent the order is amended.

    Entered this 7th of October, 2009.

                  BY THE COURT:

                  /s/

                  _____
                  BARBARA B. CRABB
                  District Judge