IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | ORDER |
| Plaintiff, | |
| | 09-cr-18-bbc |
| v. | |
| VINCENT A. LOWE, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IT IS ORDERED that defendant Vincent A. Lowe's federal sentence shall run concurrently with his state sentences as of the date of his arrest on September 16, 2008.

Further, IT IS ORDERED that his sentence computation be adjusted to provide credit for time served in state custody between September 16, 2008 and November 12, 2009.

Entered this 22d day of November, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge